# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

| | |
|---|---|
| SPARTA INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO: |
| ) | |
| v. ) | 1:19-cv-00260-TFM-N |
| ) | |
| GUARDIAN SERVICES, INC., d/b/a ) | |
| GUARDIAN TERMITE & PEST SERVICE; ) | |
| and STEVEN MARCRUM; et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of this action, with prejudice, costs taxed as paid.

> */s/ Carol Ann Smith*
> Carol Ann Smith, (ASB-3485-T81C)
>
> */s/ Christopher J. Doty*
> Christopher J. Doty, (ASB-8856-P76B)
> *Attorneys for Plaintiff, SPARTA Insurance Co.*

**OF COUNSEL:**
**SMITH & BAHAKEL, P.C.**
2000A SouthBridge Parkway, Suite 405
Birmingham, Alabama 35209
Tel:  205-802-2214
carolann@sblegalteam.com
chrisd@sblegalteam.com

> */s/Christopher L. George (by consent*
> Christopher L. George (GEO005)
> *Attorney for Defendants,*
> *Guardian Services, Inc. and Steven Marcrum*

1

**OF COUNSEL:**
**CHRISTOPHER L. GEORGE, P.C.**
P.O. Box 81328
Mobile, Alabama 36689
Tel: 251-333-2233
cgeorge@cgeorgelaw.com

                          /s/William H. Reece (by consent)
                          Thomas F. Campbell (ASB-5900-M60T)
                          William H. Reece (ASB-9015-R44W)
                          *Attorneys for Defendant, Jason Outlaw*

**OF COUNSEL:**
**CAMPBELL LAW, P.C.**
5336 Stadium Trace Parkway, Suite 206
Birmingham, Alabama 35244
Tel: 205-278-6650
tcampbell@campbelllitigation.com
breece@campbelllitigation.com

                          /s/Jonathan M. Lieb (by consent)
                          Archibald T. Reeves, IV (REEVA2720)
                          Jonathan M. Lieb  (LIEBJ2025)
                          *Attorneys for Defendant, Everest National Ins. Co.*

**OF COUNSEL:**
**MCDOWELL KNIGHT ROEDDER & SLEDGE, LLC**
11 North Water Street, Ste. 13290
Mobile, Alabama 36602
Tel:  251-432-5300
areeves@mcdowellknight.com
jlieb@mcdowellknight.com

                          */s/ James W. Gibson (by consent)*
                          James W. Gibson (ASB-2382-E40G)
                          Amber N. Hall (ASB-3816-Q15G)
                          *Attorneys for Defendants,*
                          *Terminix International Company, Inc. and The Terminix International Company, L.P.*

**OF COUNSEL:**
**LIGHTFOOT, FRANKLIN & WHITE**
400 North 20th Street
Birmingham, Alabama 35203
Tel: 205-581-0700
jgibson@lightfootlaw.com
ahall@lightfootlaw.com

                                            */s/ Alex Terry Wood (by consent)*
                                            M. Warren Butler (BUTLM3190)
                                            Alex Terry Wood (TERRA6130)
                                            *Attorneys for Defendant,*
                                            *Scottsdale Insurance Company*

**OF COUNSEL:**
**STARNES DAVIS FLORIE LLP**
11 North Water Street, Suite 20290
Mobile, Alabama 36602
Tel: 251-433-6049
wbutler@starneslaw.com
atw@starneslaw.com